**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

EDITH C. ANDERSON,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.  8:08-cv-949-T-30EAJ

APEX FINANCIAL GROUP, INC.
d/b/a Apex Mortgage,

    Defendant.
_____/

**ORDER OF DISMISSAL**

Before the Court is the Plaintiff's Notice of Voluntary Dismissal (Dkt. #14).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.　　This cause is dismissed.

2.　　All pending motions are denied as moot.

3.　　The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on October 9, 2008.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cv-949.dismissal 14.wpd